JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN D. PHILLIPS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. C. JOHNSON,<br><br>　　　　　Respondent. | Case No. 2:22-cv-05998-FMO (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>October 20, 2022</u>　　　　　　　　<u>　　　　　/s/　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE